ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JAN 26 AM 10: 10
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: SARALAND, LLLP,     \*
                                    \*     Case No. 314-159
      Debtor.             \*     (Bankr. Case No. 12-30113)

## O R D E R

On December 10, 2014, Mr. Lister W. Harrell filed a notice of appeal in the United States Bankruptcy Court in the underlying Chapter 11 proceeding pertaining to the debtor, Saraland, LLLP. (See Bankr. Case No. 12-30113 (S.D. Ga. Mar. 29, 2012).) Mr. Harrell is a general partner of the debtor. (Bankr. Doc. No. 1, at 3.) Mr. Harrell purports to appeal from Orders entered in the Bankruptcy Court on March 27, 2013, April 29, 2013, and November 24, 2014.[1] Mr. Harrell did not pay the required appellate filing fee.

On November 18, 2014, the Bankruptcy Court issued a well-reasoned, detailed, fourteen-page Report and Recommendation, recommending denial of Mr. Harrell's in forma pauperis request. (Bankr. Doc. No. 762.) Upon consideration of the Report and Recommendation, and upon a de novo review of the underlying bankruptcy proceedings, the Court hereby **ADOPTS** the Report and

---

[1] The record indicates that there was no order entered in the Bankruptcy Court on April 29, 2013.

Recommendation and therefore **DENIES** in forma pauperis status to Mr. Harrell.

This appeal is the ***twentieth*** appeal filed by Mr. Harrell in the past year. He has not paid a filing fee for any appeal and has been denied in forma pauperis status in every appeal. There is no reason to believe that Mr. Harrell will comply with a directive to pay a filing fee given his failure to do so in any of the prior nineteen cases, all of which have now been dismissed. Accordingly, this appeal is **DISMISSED** for want of prosecution, and the Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE